IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff,              )    CR. NO. _06MJ245_
                                        )
vs.                                     )
                                        )
                                        )
TERRANCE LASHUN HARRIS,                 )
                                        )
                Defendant.              )

---

## ORDER UNSEALING COMPLAINT

The United States having requested that the Court unseal the complaint and affidavit of

FBI Special Agent Bryan B. Underwood, submitted in support of the complaint in the above-

referenced matter, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above documents are UNSEALED.

Jon P. McCalla

UNITED STATES DISTRICT COURT JUDGE