IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. _____ |
| | ) | |
| vs. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 2 |
| TERRANCE LASHUN HARRIS, | ) | 18 U.S.C. § 1951(a) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

From at least in or about the first week of February 2006, through at least on or about February 27, 2006, in the Western District of Tennessee and elsewhere, the defendant,

-----------------------------------TERRANCE LASHUN HARRIS-----------------------------------

did unlawfully, knowingly and intentionally attempt to aid and abet the possession with the intent to distribute of at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO

From at least on or about February 27, 2006, through at least on or about March 2, 2006, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------------TERRANCE LASHUN HARRIS------------------------------------

did unlawfully, knowingly and intentionally attempt to possess with the intent to distribute at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

## COUNT THREE

From at least on or about February 27, 2006, through at least on or about March 2, 2006, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------------TERRANCE LASHUN HARRIS------------------------------------

did unlawfully attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **TERRANCE LASHUN HARRIS**, did obtain and attempt to obtain the property (a payment of $3,000.00 in U.S. currency) from a person posing as a "drug dealer" with the "drug dealer's" consent having been induced under color of official right, in that the defendant did offer to escort and attempted to escort a shipment of cocaine; in violation of Title 18, United States Code, Section 1951(a).

**A TRUE BILL**

**S/GRAND JURY FOREPERSON**

DATED: May 9, 2006

ASST. UNITED STATES ATTORNEY